SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PAMELA PAASO, TXSB# 24060371**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00226-AN** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **LEONARDO JOSE CUEVAS,** | |
| **Defendant.** | |

### Introduction

Defendant Leonardo Cuevas, a convicted felon, knowingly and unlawfully possessed a shotgun. Pursuant to the plea agreement, the government recommends that the Court impose a sentence of 10 months' imprisonment, a three-year term of supervised release, forfeiture of the firearm, and a $100 special assessment.

///

///

///

**Government's Sentencing Memorandum**                                         **Page 1**

**Factual Background**

**A.    The Offense Conduct**

In April 2025, Warm Springs Police (WSPD) received a report regarding sexual abuse of a minor, identifying the defendant as the suspect. On April 28, 2025, WSPD officers searched for and encountered defendant while he was riding an all-terrain vehicle (ATV), with a shotgun strapped to the side of the ATV. Officers secured the firearm and searched defendant, locating a firearm cartridge in defendant's pocket. The firearm, a Mossberg 12-guage shotgun with serial number V0721459, was manufactured in New Haven, Connecticut, and recovered from the defendant in Warm Springs, Oregon. Officers located one shell in the chamber of the shotgun, four shells in the magazine tube and two additional shells in a sling on the shotgun.  The defendant was prohibited from possessing firearms following his 2009 convictions for Attempted Robbery and Attempted Assault II convictions in Jefferson County case number 09FE0005.

**B.    The Charges**

Defendant was charged in a single count indictment with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

**C.    The Plea Agreement & Guideline Computations**

On January 29, 2026, defendant entered a guilty plea. Pursuant to the plea agreement, the government will also, subject to the limitations set forth in the agreement, recommend that defendant receive a two-level reduction for acceptance of responsibility, as well as an additional level pursuant to 18 U.S.C. § 3553. The government's recommendation reflects the guideline calculations contemplated by the parties in the course of plea negotiations.

///

///

**Government's Sentencing Memorandum**                                    **Page 2**

**Government's Recommended Sentence**

Defendant, having served a 55-month prison sentence in 2009, was well aware of his felony conviction. He came to the attention of law enforcement in the instant case as a suspect in a tribal sexual abuse case which he subsequently resolved with a guilty plea that includes a term of bench-probation. While on pretrial release, defendant successfully completed a residential treatment program and transitioned to outpatient treatment. The defendant admitted to one pretrial violation during the pendency of the case but has generally been compliant. On balance, the nature of this offense and defendant's compliance on pretrial release warrant a ten-month prison sentence.

**Forfeiture**

On January 30, 2026, the Court signed a preliminary order of forfeiture of a Mossberg 12-gauge shotgun, serial number V0721459 and any associated ammunition, magazines and accessories, that will become final upon sentencing. ECF 33.

**Conclusion**

Based on the foregoing, the government recommends that this Court impose a sentence of ten months, followed by a three-year term of supervised release, subject to the standard and special conditions, and a special assessment in the amount of $100.

Dated: May 13, 2026                                Respectfully submitted,

                                                   SCOTT E. BRADFORD
                                                   United States Attorney

                                                   /s/ Pamela Paaso
                                                   PAMELA PAASO
                                                   Assistant United States Attorney

**Government's Sentencing Memorandum**                                **Page 3**